**Order entered October 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01193-CV

### CARE TECTURE, LLC DBA PHARMA COMPOUNDIA, Appellant

### V.

### MATHESON COMMERCIAL PROPERTIES, LLC, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02523-2019**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

On October 9, 2019 appellant filed an emergency motion requesting we stay the execution of a writ of possession issued by the Justice Court on September 17, 2019. By order dated October 9, 2019, we granted the motion to the extent that we stayed execution of the writ of possession pending our resolution of the issue of our jurisdiction over this appeal. We also sent a letter to the parties requesting appellant file a jurisdiction brief by October 21, 2019. On October 10, 2019, we received appellee's response to appellant's motion for emergency stay. In the response, appellee indicates that the writ of possession is set to expire on October 16, 2019. Appellee further states appellant's filing of "Statement of Inability to Afford Payment of Court

Costs or an Appeal Bond" is improper because such statements do not apply to commercial leases. *See* TEX. PROP. CODE ANN. § 24.0052(a).

Accordingly, we **ORDER** appellant to file its reply to appellee's response to its emergency motion by **5:00p.m. MONDAY, OCTOBER 14, 2019**. Among other things, appellant's reply should address the issues involving its statements of inability to pay.

/s/ DAVID L. BRIDGES
   JUSTICE